IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 1:20-cv-00911-MLB |

## MOTION FOR WITHDRAWAL OF COUNSEL

AT&T Mobility Services LLC incorrectly named AT&T Mobility LLC ("Defendant"), by and through undersigned counsel, files this Motion to Withdraw Counsel (the "Motion"), and in support thereof show the Court the following:

1. Defendant has been represented in this action by Stephen J. Sferra of the law firm of Littler Mendelson, P.C.

2. Mr. Sferra, a Shareholder, has resigned her employment with the law firm of Littler Mendelson, P.C. effective September 24, 2021.

3. Defendant requests that Mr. Sferra be withdrawn as Defendant's counsel of record in this case. Leslie A. Dent and Arrissa K. Meyer of Littler

Mendelson PC will continue to act as attorneys in charge on behalf of Defendant in this matter.

4. No delay or injustice will be caused by Mr. Sferra's withdrawal as counsel for Defendant. Defendant seeks no extensions of existing deadlines on account of this withdrawal.

WHEREFORE, Defendant respectfully requests the Court to (i) grant this Motion, and (ii) enter an Order withdrawing Stephen J. Sferra as counsel of record for Defendant in this matter.

Dated September 22, 2021

/s/Stephen J. Sferra
Stephen J. Sferra, Bar No. 0037286
*Pro Hac Vice*
LITTLER MENDELSON, P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, OH 44114
Telephone: 216.623.6089
ssferra@littler.com

Leslie A. Dent, Bar No. 218566
LITTLER MENDELSON P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA  30326.1127
Telephone: 404.233.0330
ldent@littler.com

3

        Arrissa K. Meyer (TX Bar 24060954)
*Pro Hac Vice*
LITTLER MENDELSON, P.C.
2001 Ross Ave., Suite 1500
Dallas, TX 75201
Telephone: 214.880.8180
akmeyer@littler.com

*Attorneys for Defendant AT&T Mobility Services, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, Motion for Withdrawal of Counsel was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Robert M. Weaver, Esq.
CWA District 3
3516 Covington Highway
Decatur, GA 30032

*/s/ Stephen J. Sferra*
Stephen J. Sferra